UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE BURTON,<br><br>            Plaintiff,<br><br>     v.<br><br>LANCASTER STATE PRISON,<br>et al.,<br><br>            Defendants. | CASE NO. CV 12-8488-DOC(PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, and the Final Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the original Report to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss is granted with prejudice as to Lancaster State Prison and without prejudice as to Defendant Nugaray.

DATED:  February 27, 2014

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1  C:\Temp\notesE1EF34\12-8488 Order accepting Final RR.wpd