UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE BURTON, | ) CASE NO. CV 12-8488-DOC(PJW) |
| Plaintiff, | ) ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LANCASTER STATE PRISON, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the other records on file herein, and the Report and Recommendation of United States Magistrate Judge.  Further, the time for filing objections has expired and no objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that the Second Amended Complaint is dismissed with prejudice.

DATED: December 9, 2014

/s/ David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Users\dgoltz\AppData\Local\Temp\notes6D5FA7\Order accepting Final RR.wpd