UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD LEE BURTON, | ) | Case No. CV 12-8488-DOC (PJW) |
| Plaintiff, | ) ) | J U D G M E N T |
| v. | ) ) | |
| LANCASTER STATE PRISON, et al., | ) ) | |
| Defendants. | ) ) ) | |

Pursuant to the Order Accepting the Report and Recommendation and Adopting Findings, Conclusions and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: December 9, 2014.

/s/ David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Users\dgoltz\AppData\Local\Temp\notes6D5FA7\judgment.wpd