UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE BURTON,<br><br>        Plaintiff,<br><br>    v.<br><br>LANCASTER STATE PRISON,<br>et al.,<br><br>        Defendants. | CASE NO. CV 12-8488-DOC(PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

    IT IS THEREFORE ORDERED that the Second Amended Complaint is dismissed with prejudice.

DATED: July 21, 2015

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Users\dgoltz\AppData\Local\Temp\notes6D5FA7\Order accepting Final RR July 2015.wpd