JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE BURTON, | ) Case No. CV 12-8488-DOC (PJW) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| LANCASTER STATE PRISON, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting the Final Report and Recommendation and Adopting Findings, Conclusions and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: July 21, 2015.

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Users\dgoltz\AppData\Local\Temp\notes6D5FA7\judgment.wpd